# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMO SMITH, JR., <br><br> Petitioner, <br><br> v. <br><br> DEBBIE ASUNCION, <br><br> Respondent. | Case No. CV 17-6405-JAK (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:  March 5, 2018

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE